■ PHILIP E. BADAME et al., Respondents-Appellants, v BOCK ENTERPRISES, INC., Appellant-Respondent.—Order unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Supreme Court erred by limiting defendant's damages to 10% of the contract price. It is well settled that a vendor is entitled to retain the down payment of the defaulting purchaser, even if the down payment exceeds the vendor's actual damages *(see, Maxton Bldrs. v Lo Galbo,* 68 NY2d 373; *Almima Partners v Gherardi,* 177 AD2d 611; *Alirkan v Garcia,* 162 AD2d 571; *Rho v Morningside In Purchase Assocs.,* 150 AD2d 355; *Dmochowski v Rosati,* 96 AD2d 718). We have examined the arguments raised by plaintiffs on their cross appeal and find them to be either unpreserved or without merit. (Appeals from Order of Supreme Court, Erie County, Fallon, J.—Breach of Contract.) Present—Green, J. P., Pine, Balio, Davis and Doerr, JJ.

■ KEVIN M. SHEDD, Individually and as Parent and Natural Guardian of JUSTINE SHEDD, an Infant, Appellant, v FAMILY SERVICES OF GREATER UTICA, INC., Respondent.—Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Tenney, J. (Appeal from Order of Supreme Court, Oneida County, Tenney, J.—Summary Judgment.) Present—Green, J. P., Pine, Balio, Davis and Doerr, JJ.

■ In the Matter of H. GENE SAMUEL, Respondent, v RICHARD E. MACE, SR., as Superintendent of Schools of the Penfield Central School District, et al. Appellants. (Appeal No. 1.)—Order unanimously affirmed without costs. Memorandum: Under the circumstances of this case, we perceive no impropriety in Supreme Court's rejection of respondents' abandonment argument *(see,* 22 NYCRR 202.48 [a], [b]; *Town of Virgil v Ford,* 160 AD2d 1073, 1074; *Matter of Piper,* 145 AD2d 97, 102; *cf., Hickson v Gardner,* 134 AD2d 930). (Appeal from Order of Supreme Court, Monroe County, Affronti, J.—Preclude Entry of Order.) Present—Green, J. P., Balio, Davis and Doerr, JJ.